IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **M.G., I.C., K.M., P.C., AND E.H.** | : | **CIVIL ACTION** |
| Plaintiffs, | : | |
| | : | **JURY TRIAL DEMANDED** |
| v. | : | |
| | : | No. 24-cv-1259 |
| **EAST TROY COMMUNITY SCHOOL DISTRICT, PETER SYENS, KRISTA ISERLOTH, CHRISTOPHER HIBNER, AND KATHERINE LIESKE HARDER** | : | |
| Defendants. | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

TO THE CLERK OF COURTS:

Kindly enter my appearance on behalf of Plaintiffs, M.G., I.C., K.M., P.C., and E.H. I hereby designate 4503 N. Front Street, Harrisburg, PA 17110 as the address at which papers and notices may be served.

                          Respectfully submitted,

                          Andreozzi + Foote

           By:    */s/ Nathaniel L. Foote*
                    Nathaniel L. Foote, Esq.
                    nate@vca.law
                    4503 North Front Street
                    Harrisburg, PA 17110
                    Ph: 717.525.9124 | Fax: 717.525.9143
Dated: October 4, 2024      *Attorneys for Plaintiff*