IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

M.G., I.C., K.M., P.C. and E.H.,

    Plaintiffs,

v.

EAST TROY COMMUNITY SCHOOL DISTRICT     Case No. 24-cv-01259-SCD
PETER SYENS,
KRISTA ISERLOTH,
CHRISTOPHER HIBNER and
KATHERINE LIESKE HARDER,

    Defendants.

## DISCLOSURE STATEMENT

The undersigned, counsel for Defendants East Troy Community School District, Peter Syens, Krista Iserloth, Christopher Hibner, and Katherine Lieske Harder, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

1. Defendants East Troy Community School District, Peter Syens, Krista Iserloth, Christopher Hibner, and Katherine Lieske Harder.

2. None of the above-named parties are a subsidiary or affiliate of a publicly held corporation, and there is no stock ownership involved.

3. Axley Brynelson, LLP; 2 E. Mifflin Street, P. O. Box 1767, Madison, WI 53701-1767.

Dated this 23rd day of October, 2024.

*Electronically signed by Danielle Baudhuin Tierney*
Lori M. Lubinsky, SBN 1027575
Danielle Baudhuin Tierney, SBN 1096371
Attorneys for Defendants
AXLEY BRYNELSON, LLP
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
Email: llubinsky@axley.com / dtierney@axley.com