IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

M.G., I.C., K.M., P.C. and E.H.,

    Plaintiffs,

v.

EAST TROY COMMUNITY SCHOOL DISTRICT
PETER SYENS,
KRISTA ISERLOTH,
CHRISTOPHER HIBNER and
KATHERINE LIESKE HARDER,

    Defendants.

Case No. 24-cv-01259-JPS

**JOINT MOTION FOR LEAVE TO DEPOSE DEPONENT CONFINED IN PRISON**

NOW COME THE PARTIES, by their undersigned attorneys, and respectfully move this Court, pursuant to pursuant to Fed. R. Civ. P. 30(a)(2)(B) for an Order granting leave to depose John C. Rash (DOC 00741223). The grounds for this motion are as follows:

1. Plaintiffs' claims against the Defendants relate to sexual abuse that Plaintiffs allegedly suffered as students at the hands of John C. Rash, a former employee of the East Troy Community School District.

2. Rash (DOC 00741223) is currently confined in prison at the Fox Lake Correctional Institution, W10237 Lake Emily Road, Fox Lake, WI 53933.

3. Plaintiffs and Defendants wish to depose Rash, as his testimony is necessary for the proper investigation and preparation of this case for trial and dispositive motions. Counsel for Plaintiffs and Defendants acknowledge they can conduct their intended questioning during a single deposition.

4. Pursuant to Rule 30(a)(2)(B) of the Federal Rules of Civil Procedure, a party must

obtain leave of Court before deposing a person confined in prison.

5. Plaintiffs' and Defendants' deposition of Rash is consistent with the principles stated in Rule 26(b)(2) of the Federal Rules of Civil Procedure. Rash's testimony, including but not limited to testimony about his conduct towards Plaintiffs, his involvement in the Defendants' subsequent investigations, and what was reported to the Defendants, is relevant to both the Plaintiffs' claims and the Defendants' defenses. Further, the expense and time to be expended on the deposition is entirely proportional to the needs of the case; Rash's testimony is a central component to both the Plaintiffs' claims and the Defendants' defenses.

WHEREFORE, the parties jointly request that the Court grant leave to the parties to depose John C. Rash (DOC 00741223).

Dated this 26th day of June, 2025.

ANDREOZZI + FOOTE

*Electronically signed by Veronica N. Hubbard*
Veronica N. Hubbard, WIED Bar Number 323718
Nathaniel L. Foote, WIED Bar number 318998
Attorneys for Plaintiffs
4503 North Front Street
Harrisburg, PA 17110
Telephone: (717) 525-9124
Email: veronica@vca.law / nate@vca.law

Dated this 26th day of June, 2025.

AXLEY BRYNELSON, LLP

*Electronically signed by Danielle Baudhuin Tierney*
Lori M. Lubinsky, SBN 1027575
Danielle Baudhuin Tierney, SBN 1096371
Attorneys for Defendants
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
Email: llubinsky@axley.com / dtierney@axley.com