# COURT MINUTES OF STATUS HEARING

MG, ET AL,

v.   CASE NO. 24-CV-1259-JPS

EAST TROY COMMUNITY SCHOOL DISTRICT ET AL.

## HON. J. P. STADTMUELLER PRESIDING

DATE: September 4, 2025     TIME SCHEDULED: 8:30 a.m.

COURT DEPUTY/CLERK: Nicholas Takton     TIME CALLED: 8:27 a.m.

COURT REPORTER: Tom Malkiewicz     TIME FINISHED: 8:38 a.m.

PLAINTIFF BY: Veronica Hubbard

DEFENDANT BY: Danielle Baudhuin Tierney

THIRD PARTY RESPONDENT: Emmeline Lee

Notes:

| Time | Event |
|---|---|
| 8:27 | Case called; appearances by telephone |
| 8:28 | Court notes that the purpose of this status hearing is to follow up on the status of these proceedings following the disclosure of records pursuant to record in the directives of Court back in June regarding DA's production and any other matters that may have arose |
| 8:30 | Walworth County District Attorney provides update as to where matters stand as to disclosure; requests a renewed status hearing in 30 days |
| 8:32 | Court denies request for renewed status hearing; notes that dispositive motion deadline stands |
| 8:34 | Court advises attorneys that any other extensions must be worked out among themselves; Court may invoke 83(3) and require Plaintiffs obtain local counsel |
| 8:36 | Defendant asks whether dispositive deadline will not change |
| 8:37 | Court confirms it will not change that deadline |
| 8:38 | Court stands in recess |