**AXLEY**

**DANIELLE BAUDHUIN TIERNEY**
dbtierney@axley.com
608.283.6712

October 28, 2025

Judge J.P. Stadtmueller
United States Courthouse Room 471
517 East Wisconsin Avenue
Milwaukee, WI 53202

RE:   *M.G., et al. v. East Troy Community Sch. Dist., et al.*
      Eastern Dist. Case No. 24-cv-01259
      Our File: 759.103466

Judge Stadtmueller,

Our office represents the Defendants in the above-referenced matter. We received and reviewed the October 22, 2025 Court Order regarding the Defendants' anticipated motion for summary judgment. The Defendants respectfully request clarification from the Court regarding two points.

First, are the parties permitted to exceed 5 pages to set forth the agreed upon statement of material facts and argument? The Court's Pretrial Procedures Order [Dkt. 21] limits the parties to 5 pages for the Executive Summary, but that page limitation precludes the parties in this case from providing the Court with a sufficiently detailed statement of facts and argument.

Second, will the current dispositive motion deadline (November 28, 2025) be amended to reflect the new Executive Summary deadline (December 5, 2025)?

Thank you for your consideration and direction. If a conference would be helpful in addressing these issues, I am authorized to state that counsel for all parties would be happy to attend a status conference with the Court.

Axley LLP

Danielle Baudhuin Tierney
DBT.rrh

cc:   Attorney Veronica Hubbard (via ECF)