IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

---

M.G., I.C., K.M., P.C. and E.H.,
    Plaintiffs,

               Case No. 24-cv-01259-JPS

  v.

EAST TROY COMMUNITY SCHOOL DISTRICT
PETER SYENS,
KRISTA ISERLOTH,
CHRISTOPHER HIBNER and
KATHERINE LIESKE HARDER,
      Defendants.

---

## DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT

---

NOW COME the Defendants, East Troy Community School District, Peter Syens, Krista Iserloth, Christopher Hibner, and Katherine Lieske Harder, and hereby move this Court pursuant to Federal Rule of Civil Procedure 56 for partial summary judgment dismissing Count III (Violation of 42 U.S.C. § 1983 for State Created Danger; Plaintiffs v. All Individual Defendants in individual and official capacities) and Count IV (Violation of 42 U.S.C. § 1983 for Supervisory Liability) as brought against Dr. Hibner. This Motion for Partial Summary Judgment is supported by the accompanying Memorandum of Law in Support of Defendants' Motion for Partial Summary Judgment, the Agreed Upon Statement of Facts, and the pleadings of record.

Dated this 16th day of January, 2026.

       AXLEY LLP

       *Electronically signed by Danielle Baudhuin Tierney*
       Lori M. Lubinsky, State Bar #1027575
       Danielle Baudhuin Tierney, State Bar #1096371
       Attorneys for Defendants
       P.O. Box 1767
       Madison, WI  53701-1767
       Telephone: (608) 257-5661
       llubinsky@axley.com; dtierney@axley.com