M.G., I.C., K.M., P.C. and E.H.,
     Plaintiffs,

           Case No. 24-cv-01259-JPS

   v.

EAST TROY COMMUNITY SCHOOL DISTRICT
PETER SYENS,
KRISTA ISERLOTH,
CHRISTOPHER HIBNER and
KATHERINE LIESKE HARDER,
      Defendants.

## AGREED UPON STATEMENT OF FACTS[1]

John Rash was employed as a band teacher by Defendant East Troy Community School District (the "District") from 2001 to March 2022. Plaintiffs M████ G████████, E████ H██, K████ M█████ P███ C████, and I███ C████ attended school in the District; they were in sixth grade during the 2016-2017 school year, seventh grade during the 2017-2018 school year, and eighth grade during the 2018-2019 school year. M█████ was in band her sixth, seventh, and eighth grade years, E█████ was in band her sixth and seventh grade years, K████ was in band her sixth grade year and half of her seventh grade year, P███ was in band her sixth and seventh grade years, and I███ was in band her sixth, seventh, and eighth grade years.

Defendant Peter Syens worked for the District as the middle school principal during the relevant time at issue in this lawsuit. Defendant Krista Iserloth worked for the District as the middle school counselor during the relevant time. Defendant Kate Harder worked for the District as the

---

[1] Certain facts have been proposed solely for purposes of summary judgment. The parties reserve the right to present evidence which may contradict or rebut certain facts in the Agreed Upon Statement of Facts in all other proceedings in this matter including hearings, motions, filings, and trial; the facts from the Agreed Upon Statement of Facts should not be construed as judicial admissions by any party. Additionally, the parties reserve the right to challenge the admissibility or relevance of certain evidence relied upon to create this Agreed Upon Statement of Facts.

Director of Special Education and Student Services during the relevant time. Defendant Dr. Chris Hibner worked for the District as the Superintendent during the relevant time.

When the Plaintiffs were in band in middle school, Rash was their band teacher. The Plaintiffs attended small group band lessons with Rash approximately once a week. Some of the lessons were solo lessons and some were with other students. For the small group lessons, chairs were placed in a "U" shape and Rash would generally be seated in the middle of the group of students (or next to the student if it was a solo lesson). Seating in the lessons was not assigned.

E███ has alleged that, during her sixth and seventh grade, Rash would touch her breast with the back of his hand during small group band lessons, sometimes the front of his hand (palm side) would touch her breast, and sometimes his hand would be fully resting on her breast. The touching with the back of his hand occurred when Rash wanted students to begin playing; he would say "okay" or "begin" and motion with his arms. Additionally, it would occur if Rash was talking to E███ to get her attention; he would reach out and tap her chest with the back of his hand. Rash would also rest the palm of his hand on E███'s breast when she would be seated to one side of him, he would be talking and pointing at sheet music, and then reach out and place his hand on her breast.

E███ also alleged that Rash rested the palm of his hand on her middle to upper thigh during lessons; while it would not happen every lesson, it would occur once or twice during the lessons when it did occur. He would also tap the beat on her thigh. E███ alleged that there was an instance where Rash was showing E███ where to put the slide on her trombone and he had reached his entire arm across her chest. She did not recall whether that occurred during her sixth or seventh grade year. E███ also alleged that Rash would touch or play with her hair and shoulders.

E███ first spoke with Iserloth in January 2017 (her sixth grade year) about Rash. The

2

touching by Rash had been occurring for a few weeks before E███ reached out to Iserloth. E███ walked into Iserloth's office, told her Rash was touching her on her chest multiple times during lessons, motioned how Rash was touching her, and pointed to where on her body the touching was happening. E███ also told Iserloth about the touching that she alleged to have occurred with the palm of Rash's hand and him placing his hand on her thigh. Iserloth told E███ she was going to speak with Syens, left the room, returned 10 or 15 minutes later, and told E███ that she and Syens had reviewed the video footage[2] from the band room and that it looked like a misunderstanding and looked accidental. During E███'s conversation with Iserloth, she was asked if she wanted to report it as sexual assault and she said no because she did not know what that was and she was scared.

Iserloth and E███ called E███'s mom. Iserloth told E███'s mom that they had reviewed the cameras and that it was a misunderstanding and it seemed like an accident. Iserloth told E███'s mother that Mr. Rash was touching E███ inappropriately, that it made E███ uncomfortable, that Iserloth and Syens reviewed the video recording and it was a misunderstanding on E███'s part, and that the touching was just how Mr. Rash teaches. Iserloth also told E███'s mom that they would be watching Mr. Rash and talking to him about the way he teaches and how he moved his hands.

Iserloth passed along the information she received from E███ to Syens. On January 31, 2017, Syens had a conversation with Rash. Rash asked Syens if there was a bubble issue and Syens said yes; Rash understood and was aware that a student was uncomfortable. Syens testified that if Rash was disciplined relating to this incident, it would have been a conversation about the spatial arrangement in lessons, however, there is no written record confirming whether any discipline occurred regarding this incident. Dr. Hibner does not recall being made aware of the complaint by

---

[2] There are no cameras in the band room.

E████ in 2017.

The chair arrangement remained the same and nothing changed after E████ spoke with Iserloth in 2017. E████ did not speak with anyone at the District about Rash from January 2017 (when she spoke with Iserloth) until January 2018 when she spoke with Iserloth again.

In January 2018, E████ went with M████ G████████, K███ M██████ Lauren Lindow, and P███ C████ to speak with Iserloth regarding Rash.

E████ told Iserloth that the touching and behavior has continued, that it was happening to multiple girls, and she used the word "chest." Iserloth called E█████'s mom and told her that E████ came to speak with her again with a group of girls and reported that Rash was touching the girls inappropriately and that the school was investigating it.

K███ has alleged that during her seventh grade, the back of Rash's hand (the back of his palm or his fingers) would touch her breast or slightly above her breast (at approximately the same height of her underarm) while she was playing the flute during small group lessons. Specifically, K███ alleged that Rash would talk about holding a note, his hands would come out, and he would make contact with her. This contact would occur two to three times per lesson.

K███ does not recall what she said to Iserloth in January 2018. Iserloth spoke with K████'s mom and told her K███ and some other girls reported that the band teacher was touching them in the chest area while conducting during band lessons, that she was proud of the girls, that they would be conducting an investigation, and that the girls could quit band without repercussions if they wanted.

P███ has alleged that, during small group band lessons, Rash would motion with his hands while instructing students to hold a note and would touch her breast approximately two to three times per lesson. Specifically, the blade or ridge of the inside of his hand would make contact with her breast. She also alleged that Rash would regularly keep the beat of the music by slapping her

thigh halfway between her knee and her hip. P███ also alleged that Rash would lean forward towards the music stand and place his hand under her butt and leg. P███ only recalled Rash touching her during her seventh grade year. On one occasion during P███'s seventh grade year, Rash made a comment that P███'s butt wiggled like a wiggle worm and winked at her.

P███ does not recall what she said to Iserloth in January 2018 but she guessed that she said Rash was touching her and it made her uncomfortable. She thinks she told Iserloth about a "wiggle worm" comment Rash made about her butt. Iserloth called P███'s mom and let her know that P███ and several girls had come to her office to talk about Rash and something about inappropriate touching. Iserloth asked P███'s mom if they could interview P███.

M███ has alleged that Rash would touch her breasts, slap her on her back, touch her shoulder, and place his hand on the middle of her thigh. Specifically, M███ has alleged that when Rash was instructing students to hold a note, he would reach his arms out and touch his hand to her breast. His hand would be palm up and he would make contact with the outside of his index finger towards his thumb. This occurred anywhere from one to ten times per lesson.

In January 2018, M███ told Iserloth that they were uncomfortable because they were being touched on the breast area and Iserloth responded by telling the girls that she had to call their parents because inappropriate touching was occurring. M███ was unsure if she used the word "breast," "boob," or "chest" to describe where she was being touched but she believes that she pointed on her body where she was being touched by Rash. M███ also reported inappropriate jokes and comments made by Rash.

Iserloth called M███'s mother after speaking with M███ and told her that M███ and four other girls came forward to report that Rash had been touching them on their breasts during small group band lessons. Iserloth said the girls reported that they would be seated next to him in the lessons and that his hands would brush across their breasts or chests while conducting. Iserloth

told M██████'s mother that she had made the principal aware, that they were taking the concerns seriously, and that they would be investigating and addressing the issues based on the results of their investigation.

After the girls spoke with Iserloth, Iserloth contacted Syens. Iserloth told Syens there was a group of girls who were uncomfortable with Rash and that Syens would need to look into that. Syens made the decision to bring in the students and interview them. Syens and Iserloth interviewed the students. Syens informed Dr. Hibner that there was a situation where some students had concerns about Rash.

E█████ met with Syens. During the meeting, E█████ told Syens about the touching and said Rash "is touching me in my chest." Syens' notes from the meeting state, in part, "band lessons -> touched me in uncomfortable spots," "hands open -> to the one hand in my direction, never towards Amelia," "touch thigh, open hand on thigh," "he apologizes, then does it again," "Jokes make you feel uncomfortable."

K████ spoke with Syens, Iserloth, and Harder. K████ told staff that Rash would reach his hands across to instruct students to elongate the note and that the back of his hand would touch her chest 2 to 3 times a lesson and that it made her uncomfortable. K████ described the touching as "closer to the bottom but not on the breast, right under the clavicle." K████ quit band after that meeting. Syens' notes from the meeting state, in part, "reaches his hand out and touches your chest," "sometimes, his hand down to his side and it touches your butt, not touching," "how many times, three to four per lesson," "hands out, hands down like once, not a lot," "lessons I get distracted, make it so I can't get touched."

P████ spoke with Iserloth and Syens and they asked her questions about how Rash touched her and what he did that made her uncomfortable. P████ told them that Rash was touching her on her chest multiple times per lesson and that he made a comment about how her butt wiggles like a

6

wiggle worm in one of their music lesson books. P███ was not sure what word she used to describe where she was being touched, but she did use the word "uncomfortable" to describe how it made her feel. P███ did use her hand to show how Rash touched her and where he touched her, which was her breast. Syens' notes from the meeting state, in part, "play louder, slap on back during band, open hand touches our chest, hit on my thigh, depends back of hand or open." Syens called P████'s mom after they spoke with P███ and let her know that he was concerned about P███ and that P███ had gotten upset during their meeting.

M████ spoke with Iserloth and Syens and talked about the chair arrangements and how when Rash moved his arms during band lessons he would touch them on their breast, but she was unsure whether she used the word "boob" or "breast" to describe where she was being touched. She did show them where she was being touched by Rash. Syens' notes from the meeting state, in part, "private area, clavicle, shoulder, chest area".

After E████ reported that Rash was touching her in 2018, Rash turned his chair around so he was seated directly in front of the students but facing them. That seating arrangement lasted for approximately one week. Rash continued touching E████ when the chairs were moved back. E████ did not tell anyone at the District that Rash had moved the chairs back. Rash began making comments to E████ such as "excuse me" and "am I making you uncomfortable?"

After P███ spoke with Iserloth in January 2018, Rash moved the chairs farther apart for one lesson but then they were moved back. She did not remember if Rash touched her again after she spoke with Iserloth. P███ quit band at the end of her seventh grade year.

After M████ spoke with Iserloth in January 2018, Rash changed his seating arrangement and he no longer touched her on the breasts.

After Syens and Iserloth met with the students, Syens had a follow up with Rash. Syens told Rash to move the chairs farther away so that when he conducted, he would not have the

7

opportunity to swing his arms and touch the students. To assure that Rash had moved the chairs, Syens would use proximity supervision by walking through during a series of lessons and looking through the windows of the doors. Syens does not recall how often he did this to observe Rash.

Syens summarized his notes from the meetings with the students in a document, which included, in part, "Individually, students have shared with me their discomfort, anxiety and embarrassment about incidents that have happened to them in band and their lessons", "uncomfortable comments," "physical contact," "band lesson – stretch his arms out and touches you," "hold the note," "4 out of 5 students stated they were touched in their chest/shoulder area", "band lesson – hands down his side and touches you," "3 out of 5 students stated they were touched on the thigh/but area" [*sic*] and "Mr. Rash will tell the students to scoot closer if you sit far away". Syens testified that a teacher touching a student in those areas would violate the District's harassment policy.

Syens generated a timeline investigation report. He noted there were allegations of "inappropriate comments and jokes during band lessons and band class." He substantiated that inappropriate comments and jokes were made during band class. There were also allegations of "concern[s] over a teaching practice that involved a boundary issue. The students are concerned as to the location on their body and the number of times this contact is made during a lesson while demonstrating a technique." Syens wrote in his findings that he had "been able to substantiate boundary issues. Mr. Rash opens his arms while conducting, having the students hold a note during band lessons. Four students stated during the process he touches them on their upper chest and shoulder area with the back of his hand. … I have been able to substantiate contact in the shoulder area." Finally, there were allegations of "[u]nnecessary level of expectation that creates undo-stress." Syens noted in his findings that students reported things like, "I'm exhausted. He expects band to be our whole life….", "I don't feel comfortable in it anymore", "He pushes us hard, he

doesn't understand we have other activities", "I'm worried about Mr. Rash approaching me if I drop band" and "I'm afraid he might come up to me and say something." Syens noted in his conclusion that he "substantiated that inappropriate comments and jokes have occurred during band lessons and band class. In addition, I have substantiated that some teaching practices that involve demonstration of techniques or strategies are used that can represent a boundary issue during band class and band lessons." Rash was directed to "immediately cease the use of physical techniques that involve touching students," "recognize the age and maturity of his students," make jokes that are age appropriate, and not make jokes that make students uncomfortable. Syens recommended that a form of discipline should be imposed; that Rash should complete the book, "Mindfulness of Teachers: Simple Skills for Peace and Productivity in the Classroom," present his findings and a plan for incorporating those skills into his teaching as it pertains to the well-being of his students; prepare and present how he will support and maintain the band program while creating a nurturing and age-appropriate environment; and that he be removed as a team leader. The timeline investigation report did not include any information about students reportedly being touched on the breasts, butts, or thighs, despite what the students reported and what was written in Syens' notes, as outlined above.

Syens, Rash, and Dr. Hibner met on February 27, 2018 to review Syens' findings, conclusions, and recommendations. Dr. Hibner drafted a letter to Rash dated March 9, 2018. In the letter, Dr. Hibner accepted Syens' conclusions and recommendations. In addition, Rash was required to attend a specific inservice session regarding the empowerment of students and then share with Syens ideas on how to implement practices from that inservice into his classroom. The letter and summary of investigation findings were placed in Rash's personnel file.

Dr. Hibner was not involved in the investigation and did not look at Syens' notes from the investigation until 2021. His knowledge of the allegations and findings was limited to what was

9

included in the timeline investigation report.

In February 2019, Syens became aware of an incident where Rash had embarrassed a student by making the student sit in the front of the class because the student was going to miss a band concert; the student's mother had called Syens. Subsequently, M████'s mother spoke with Syens and shared what her younger daughter, Amber, had shared with her; specifically, how Amber's classmate had been treated in band earlier that week. M████'s mother also brought up how Amber reported that Rash pushed and shoved a student. She also reported that Rash was slapping M████'s back and pushed her off a chair and said she did not want Rash touching M████ or any student. Finally, she reminded Syens that Rash had touched students' breasts while conducting the year before. Because of M████'s mother's contact, the investigation was expanded from allegations of embarrassing a student, discussing personal information with a class, making inappropriate comments and jokes during class, to also include the allegations of boundary issues again.

Syens and Harder conducted an investigation into the concerns brought to Syens. Some initial interviews were conducted by Syens and Iserloth, but all remaining interviews were conducted by Syens and Harder. Syens and Harder interviewed sixth grade band students, eighth grade band students, and former band students. They also interviewed Rash twice. Syens and Harder determined what students to interview.

M███ has alleged that, during her sixth, seventh, and eighth grade years during small group band lessons, Rash would grab her upper thigh to congratulate her for playing well and would keep the beat by tapping her upper thigh. She also alleged that Rash would act as if he were conducting during lessons and the back of his hand would brush her breast as his hand was going up. She also alleged that, on some occasions, Rash would rest the back of his hand on her breast the entire time she was playing.

10

In February 2019, ▮ was brought into Syens' office to speak with Syens and Iserloth. ▮ told Syens and Iserloth that Rash had been continually touching ▮ in her breasts multiple times and that he touched her upper thigh. She used the word "boob" and was pretty sure that she showed them with her hands where Rash was touching her. ▮ told the staff that Rash would brush her with the back of his hand when conducting. After ▮ spoke with District staff, Rash did not move the chairs during lessons; nothing changed and Rash continued touching ▮ on her breast and upper thigh.

P▮ again spoke with someone at the District about Rash in February 2019. Specifically, she spoke with Syens and told him that Rash had called her house multiple times after she quit band trying to convince her not to quit and told him that seeing Rash in the hallways made her uncomfortable because she felt like Rash was staring her down.

M▮ spoke with Syens in February 2019 and recalled being asked whether Rash was continuing to touch her breasts, and she said no.

The 2019 investigation included interviews with students beyond the named Plaintiffs. Syens' notes include questions to students about class dynamics, statements made by Rash, how Rash provided praise, and how Rash provided feedback. Syens' notes from his interview with K.S. state, in part, "Makes me nervous, he wants band to be your number 1 priority, I don't want to practice all the time, he gets mad at me, I don't want to do band," "Mr. Rash makes me feel uncomfortable, not in a bad way, he touches you -> in my personal space. How? Hands on my shoulder as shakes me, pats on back and rubbed back, hand on leg," "why? Good job, hard to explain. Touches you to get a point across, as a reminder, he doesn't have to have his hands on me." Syens' notes from his interview with student E.H.[3] state, in part, "Has he ever used any analogies or made other statements that have made you feel uncomfortable? Not in an offensive

---

[3] Student E.H. references a student other than Plaintiff B▮ H▮

way. It may come off as offensive and he says he's not being offensive," "How does he provide feedback to help you improve? He usually raises his voice a lot. Broke his baton on Monday? In the last week. … very uncomfortable -> not fear, really loud, won't hit someone, not sure what he's going to next," "personal space -> will slap on the back in lesson, praise, shoulder, back, shoulder blade, it can move you," "does it hurt? Sometimes." Syens' notes from his interview with student B.D. state, in part, "Mr. Rash touches my back. Pat on shoulder/rubbed my back. Ever hurt? No." reported Rash touches her back. Syens' notes from his interview with student R.G. state, in part, "Showers praise. Pat on the shoulder and say good job," "during lessons, he pushes or shoves you -> did something good," "does it ever hurt? No, not really," "doing something right, praise, nothing bad in a bad way." Syens' notes from his interview with student N.G. state, in part, "How does Mr. Rash explain dynamics to the band? Uses a lot of hand motion," "How does Mr. Rash praise you and classmates? When we do well -> expresses himself, nice job and pats you on the back," "Sometimes he would pat on the back," "did you notice the way he congratulates us with parts? Yes," "does it ever hurt? No. Make some people move? No."

After students were interviewed in 2019, Syens and Harder interviewed Rash. Syens and Harder drafted a letter to Dr. Hibner, dated March 22, 2019, which outlined the complaints, their investigation, the allegations, their findings, and their conclusions. They first identified allegations of public embarrassment within the classroom. They substantiated that, during February 2019, Rash removed a student from her usual seat, sit at the front of the class, and asked her not to participate for the remainder of the band class. It was also substantiated that, when Rash did this a second time, he made a comment about the student crying. They also substantiated other comments that Rash made including talking about students missing concerts, comparing band concerts to dance activities, and discussing grades of students. They also identified allegations of making inappropriate comments and jokes during band lessons. They substantiated that Rash made

comments and/or jokes towards students that could be considered inappropriate including discussing student dating or dating interests in front of peers, using metaphors or analogies, and sarcasm. Some examples include Rash stating "push like you're having a baby" and "what happens in Jazz band stays in band". The letter also identified allegations of "boundary issues." They substantiated that "students felt that there was an invasion of their personal space (i.e., patting them on the back/shoulder, placing his hand on their leg, and/or rubbing their back during band lessons); however, students did not feel the touches were necessary inappropriate or did not have sexual implications." They also made additional findings through their investigation, including intimidation or fear by students (students reported fearing or being nervous of disappointing Rash), unreasonable expectations or undue pressure to perform at a heightened level, and feeling uncertain with respect to how Rash would respond insofar as he often appeared angry or would harbor anger from prior situations. Syens and Harder concluded that Rash violated Policy 512 (Harassment) and 411.1 (Student Bullying/Harassment/Hazing). They concluded that Rash not only prevented harassment in the classroom, but he was participating in harassing behaviors. Syens and Harder recommended that Rash seek emotional regulation counseling (at no cost to the District); maintain 1-3 feet of personal boundary space during instruction; and cease discussion of student grades or family decisions during classes; and consistently use mindfulness and trauma-related strategies. They also recommended that Rash be placed on a performance improvement plan and that he be suspended without pay. The letter did not include any information about ███ reportedly being touched on her breast.

Dr. Hibner did not review the investigators' handwritten notes from the 2019 investigation. His knowledge of the allegations was limited to what was included in the letter from Syens and Harder as outlined above. As such, he was not aware of ███'s report about Rash touching her chest. Nor was he aware of any other reports of students that were not included in the summary. As of

2019, Dr. Hibner was only aware that, in 2018, Syens had substantiated that Rash had touched students in the shoulder and clavicle area, as well as the details included in Syens' 2018 and 2019 reports, as outlined above.

Syens, Harder, Rash, and Dr. Hibner met on April 4, 2019 to review the findings, conclusions, and recommendations made by Syens and Harder. Dr. Hibner and Rash met again on April 8, 2019. Dr. Hibner drafted a letter to Rash dated April 23, 2019. In the letter, Dr. Hibner concluded that Rash's conduct identified in the findings and conclusions letter warranted disciplinary action. Rash was directed to cease offensive behavior and was to be placed on a performance improvement plan that would be developed by Syens and the Director of Teaching and Continuous Improvement of Student Learning. He was directed to continue to be more cognizant of space boundaries while providing instruction, and he was placed on unpaid administrative leave from May 6 through May 8, 2019. The letter and summary of investigation findings were placed in Rash's personnel file.

The 2018 or 2019 investigations and findings were not reported to the Department of Public Instruction or the District School Resource Officer in 2018 or 2019.

There were incidents involving Rash unrelated to Plaintiffs which Plaintiffs believe to be relevant to issues of notice, as described below.

In approximately 2010 or 2011, Syens, the School Resource Officer, and Rash spoke with another student, C.P., because the student reported being uncomfortable with Rash because he was tapping the beat on her leg with a pencil or baton. During the meeting, Syens told C.P. that the tapping on her leg was an accident or mistake and that it would not happen again. C.P. cried during the meeting but did not talk about what Rash was purportedly doing. Syens does not recall if he informed Dr. Hibner of what C.P. reported. Dr. Hibner was not aware of any report by C.P. C.P. alleges that Rash also touched her upper thigh where the hip meets the lower leg.

14

On April 9, 2013, a group of eighth graders were in the auditorium near the band room. Rash came out of the band room and confronted the students for being too loud and disturbing the rehearsal. Rash yelled at them for being too loud and told them to move away from the door. One student remained on the floor as his shoes had been tied together by one of his friends; Rash said, "come on, let's go" while moving his leg and that resulted in the student being kicked in the shin. Rash slammed his door and returned to working with the band students. An administrator, Ms. Kuehn, received a report of the incident, interviewed the student, and then interviewed Rash. Syens was made aware of the incident, reviewed Ms. Kuehn's investigation, and informed Dr. Hibner of the incident. Syens, Dr. Hibner, and Rash met on April 10, 2013. Rash reiterated that he never intended to do harm, he had no ill intent, and he apologized for any issues his actions caused. On April 15, 2013, Dr. Hibner issued a letter to Rash. Rash was directed to attend Non-Violent Crisis Intervention Training. Syens was also directed to contact parents and inquire about a conference to allow Rash an opportunity to apologize. The letter and summary of investigation findings were placed in Rash's personnel file. Dr. Hibner was not involved in the investigation of the incident.

On April 6, 2017, Iserloth reported to Syens that Iserloth had received a report that Rash had hit a student and used inappropriate language while addressing the sixth grade band. A student had reported to Iserloth that another student may have been hit by Rash. Iserloth also interviewed the student who was reportedly hit, and the student denied the allegations, so the allegations of Rash hitting a student were unsubstantiated. That same day, Syens spoke with Rash about the allegations and specifically asked about the language Rash used with the class. Rash acknowledged he used the words "hell" and "pissed" and said he "chewed out" the band class. Syens told Rash he needed to be careful with students and not use inappropriate words. He also told Rash that students expressed fear over the incident. Syens directed Rash to demonstrate respect for the physical, mental, and emotional safety of students; use appropriate tact and words; use data to

15

conference with students to improve skill; and continue encouragement of learning through positive verbal methods. A summary letter of the investigation drafted by Syens was placed in Rash's personnel file. Dr. Hibner was not involved in the investigation of the incident.

On October 30, 2018, Syens was made aware that a student left the building and was found outside by another staff member. The student had called 911 because he was reportedly scared of Rash. The Village of East Troy Police Department responded to the 911 call and Officer Heding spoke with the student and Syens. Syens interviewed Rash in the presence of Harder. Rash was placed on administrative leave during the investigation.

On October 31, 2018, Syens and Harder interviewed the complainant student and other students who may have witnessed the altercation. They also reviewed the hallway camera footage. Their investigation revealed that a male student had entered the band room, hit the timpani drum three times, and was asked to leave by Rash. The student left the band room and stood outside the door; he began pulling on the door knob and opened the door. When he stepped back into the room, Rash walked out into the hallway and motioned for the student to leave. The student refused to leave, Rash walked towards the student, and the student backed into the door frame. Rash grabbed the student by the elbow and pulled the student. The student hung onto the door frame. Rash raised his other arm to grab the student by the wrist and pulled the student. This spun the student to the ground. The student crawled toward the door and Rash motioned the student away from the door. The student tried to slam the door but Rash caught the door. The student then left the building. Rash followed the student to the exterior door, returned to the building, called to a staff member that the student had left the building, and returned to his classroom.

Syens substantiated that inappropriate use of physical contact was used to remove a student from the band room. The investigation noted that Rash did attempt to defuse the incident with mindfulness or de-escalation strategies but that such strategies were not maintained. Syens also

was concerned about Rash's response when the student left the building.

Syens recommended that Rash undergo additional non-violent crisis intervention training, that he take a course on anger management, and that he be suspended without pay.

Dr. Hibner learned of the incident in November 2018. On November 2, 2018, Dr. Hibner, Syens, and Rash met to discuss the altercation between Rash and discuss Syens' findings, conclusions, and recommendations. Dr. Hibner drafted a letter to Syens dated November 2, 2018. In the letter, Dr. Hibner accepted Syens' conclusions and recommendations; Rash was placed on unpaid administrative leave on November 5 and 6, 2018. The letter and summary of investigation findings were placed in Rash's personnel file.

In December 2023, Rash pled guilty to two counts of violations of Wis. Stat. § 948.025(1)(e) (Repeated sexual assault of same child (At least 3 violations of 1st or 2nd Degree sexual assault)) which identified P█████ and K█████ as victims. The criminal complaint identified assaults which occurred between August 2017 and July 2018. Seven other criminal charges were dismissed but read in as part of Rash's plea deal. Rash was sentenced to 12 years initial confinement and 10 years extended supervision. At his deposition, Rash refused to answer any questions and invoked his Fifth Amendment right.

Dated this 14th day of January, 2026.

ANDREOZZI + FOOTE

*Electronically signed by Veronica N. Hubbard*
Veronica N. Hubbard, WIED Bar Number 323718
Nathaniel L. Foote, WIED Bar number 318998
Attorneys for Plaintiffs
4503 North Front Street
Harrisburg, PA 17110
Telephone: (717) 525-9124
Email: veronica@vca.law / nate@vca.law

AXLEY LLP

*Electronically signed by Danielle Baudhuin Tierney*
Lori M. Lubinsky, State Bar #1027575
Danielle Baudhuin Tierney, State Bar #1096371
Attorneys for Defendants
P.O. Box 1767
Madison, WI 53701-1767
Telephone: (608) 257-5661
Email: llubinsky@axley.com / dtierney@axley.com

18