# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF WISCONSIN

| | | |
|---|---|---|
| **M.G., I.C., K.M., P.C., AND E.H.** | : | **CIVIL ACTION** |
| | : | |
| Plaintiffs, | : | |
| | : | MOTION TO SEAL |
| v. | : | PLAINTIFFS' BRIEF IN |
| | : | OPPOSITION TO DEFENDANTS' |
| **EAST TROY COMMUNITY** | : | MOTION FOR SUMMARY |
| **SCHOOL DISTRICT,** | : | JUDGMENT |
| **PETER SYENS,** | : | |
| **KRISTA ISERLOTH,** | : | **No.** 24-cv-1259 |
| **CHRISTOPHER HIBNER, AND** | : | |
| **KATHERINE LIESKE HARDER** | : | |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' MOTION TO SEAL

The Plaintiffs move this Court Pursuant to Federal Rule of Civil Procedure 5.2, Administrative Order #337, and the Court's December 3, 2024 Order, to seal Plaintiffs' Brief in Opposition to Defendants' Motion for Summary Judgment. The document should be sealed because it contains the names and identifying information of Plaintiffs who were minors at the time of the events described in the pleadings and Plaintiffs have been granted permission to proceed in this action using their initials. Concurrently with this Motion, Plaintiffs have filed a redacted copy of the above-referenced document.

Respectfully submitted,

Dated this 13th day of February 2026.

ANDREOZZI + FOOTE

*Electronically signed by Veronica N. Hubbard*
Veronica N. Hubbard, Esq.
Attorneys for Plaintiffs
4503 N. Front St.,

Harrisburg PA, 17110
800.706.2764
veronica@vca.law; teama@vca.law

**GINGRAS, THOMSEN & WACHS, LLP**

*Electronically signed by Paul A. Kinne*
Paul A. Kinne, Esq., State Bar # 1021493
Attorneys for Plaintiffs
8150 Excelsior Drive
Madison, WI 53717
608-833-2632
kinne@gtwlawyers.com